**Walter E. CARR, District Director of Immigration, District No. 31, Appellant, v. KATSUJI SHIDARA, Appellee.**

**No. 7100.**

Circuit Court of Appeals, Ninth Circuit.

March 6, 1933.

Samuel W. McNabb, U. S. Atty., and Ignatius F. Parker, Asst. U. S. Atty., both of Los Angeles, Cal., for appellant.

J. Edward Keating and Theodore E. Bowen, both of Los Angeles, Cal., for appellee.

PER CURIAM.

Upon stipulation of counsel, confessing error of the District Court in view of the opinion of the Supreme Court of the United States in U. S. A. ex rel. Leo Stapf v. Corsi, 287 U. S. 129, 53 S. Ct. 40, 77 L. Ed. ——, and that the said order may be reversed and cause remanded, with directions to deport appellee, ordered order of District Court herein reversed, and cause remanded, with directions to remand appellee to immigration authorities for deportation.

---

**CHIN YEE, alias Yee Chan, Appellant, v. UNITED STATES of America, Appellee.**

**No. 7116.**

Circuit Court of Appeals, Ninth Circuit.

March 20, 1933.

Hugh C. Todd, of Seattle, Wash., for appellant.

Anthony Savage, U. S. Atty., and Hamlet P. Dodd, Asst. U. S. Atty., both of Seattle, Wash.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.

---

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. ESTATE of H. C. STONE, Estate of W. L. Hodges, W. L. Hodges, Trustee, H. C. Chenoworth, M. H. Graham, and G. H. Moore, Respondents.**

**No. 7078.**

Circuit Court of Appeals, Ninth Circuit.

March 6, 1933.

Dempsey & Mackay and Howard W. Reynolds, all of Los Angeles, Cal., for respondents.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon motion of counsel for respondents, ordered petition to review herein dismissed for failure of petitioner to file record and docket cause; mandate forthwith.